# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:22-cv-06918-JLS-JEM　　　　　　　　　　Date May 10, 2023

Title: Ashkan Naderi v. Merrick B. Garland et al

Present: The Honorable Josephine L. Staton

| V.R. Vallery | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　Attorneys Present for Defendants:

　　Not Present　　　　　　　　　　　　　　　　　Not Present

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated December 1, 2022.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Make JS-6.

☐ Entered _____.

Initials of Preparer　　vrv